GEORGE W. DRISCOLL, Receiver, etc., Appellant, *v.* WILLIAM W. DOWNER et al., Respondents.

(Argued January 16, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 15, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*William G. Trotter* for appellant.

*John C. Hunt* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

MORITZ GLUCK, as Administrator, etc., Respondent, *v.* THE RIDGEWOOD ICE COMPANY, Appellant.

(Argued January 19, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 28, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Samuel D. Morris* for appellant.

*Charles Steckler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.